IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | : | |
|---|---|---|
| FREDERICK BANKS, | : | |
| | : | Civ. No. 24-4188 (RMB) |
| Petitioner | : | |
| | : | |
| v. | : | **MEMORANDUM ORDER** |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| Respondents | : | |

    This matter comes before the Court upon the petition for writ of habeas corpus under 28 U.S.C. § 2241, filed pro se by Frederick Banks, a prisoner confined in the Federal Correctional Institution Fort Dix ("FCI-Fort Dix"), in Fort Dix, New Jersey, at the time of filing. According to the Bureau of Prisons Inmate Locator,[1] it appears that Petitioner was released on August 8, 2024, and no longer resides at his address of record. Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

---

[1] Available at www.bop.gov/inmateloc/.

Dismissing a case without prejudice is an appropriate remedy for noncompliance with this rule. *See Archie v. Dept. of Corr.*, Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

**IT IS** therefore on this **3rd day of September 2024**,

**ORDERED** that this case is dismissed without prejudice pursuant to Local Civil Rule 10.1(a), and the Clerk shall close this matter; and it is further

**ORDERED** that Plaintiff's motion to appoint counsel, (ECF No. 2), is denied as moot; and it is further

**ORDERED** that Petitioner may seek to reopen this matter if, within 30 days from the date of entry of this Order, he submits to the Clerk of Court, at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey, 08101, a writing showing good cause why he did not timely apprise the Court of his new address; and it is further

**ORDERED** that the Clerk shall mail a copy of this Order to Petitioner's last known address.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**Chief United States District Judge**